UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**SUZZETT MARIE CALLOWAY,**
    Petitioner,

v.                              7:23-cv-84-CLM-JHE

**KIMBERLY NEELY, Warden,**
    Respondent.

## MEMORANDUM OPINION

Petitioner Suzzett Marie Calloway petitions the court for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). The magistrate judge has entered a report, recommending (1) the court dismiss for lack of jurisdiction Calloway's claim seeking an order modifying her federal sentence to run concurrently with her Georgia state sentence; (2) the court deny Calloway's claim challenging the Bureau of Prisons' administrative denial of her request for a concurrent state-facility designation under 18 U.S.C. § 3621(b) and Program Statement 5610.05; and (3) the court dismiss for lack of jurisdiction or, alternatively deny, Calloway's claim asserting that the sentencing court's October 7, 2019, order substantively altered her federal sentence in violation of 18 U.S.C. § 3582(c). Although the magistrate judge advised Calloway of her right to file specific written objections within 14 days, the court hasn't received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will (1) dismiss for lack of jurisdiction Calloway's claim seeking modification of her federal sentence to run concurrently with her Georgia state sentence; (2) deny Calloway's claim challenging the Bureau of Prisons' administrative denial of her request for a concurrent state-facility designation; and (3) dismiss for lack of jurisdiction or, alternatively, deny Calloway's claim that the sentencing court's October 7,

2019, order substantively altered her federal sentence in violation of 18 U.S.C. § 3582(c).

The court will enter a separate final judgment that carries out this ruling and closes

**Done** on April 8, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE